# TRIAL COURT OFFICIAL'S
# REQUEST FOR EXTENSION OF TIME TO FILE RECORD

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
5/6/2015 11:42:54 AM
CATHY S. LUSK
Clerk

Court of Appeals No. (If known):  **12 -** _____ - _____ -

Trial Court Style: CONSOLIDATED PROPERTY INTEREST, LLC
VS JERRY PAYNE AND PENNY PAYNE

Trial Court & County: SABINE _____  Trial Court No.: 12,827

Date Trial Clerk's Record Originally Due:  JUNE 12, 2015

Date Court Reporter's/Recorder's Record Originally Due:

Anticipated Number of Pages of Record:  375

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason/s:  (Check all that apply - attach additional pages if necessary.)

☐ to the best of my knowledge, the Appellant has made no claim of indigence and has failed to either pay the required fee or to make arrangements to pay the fee for preparing the record.

☐ my duties listed below preclude working on this record:

☒ Other. (Explain.): Request to include items in the Clerk's Record has not been filed and the Fees have not been paid for the record

I anticipate this record will be completed and forwarded to the 12th Court of Appeals by __June 11, 2015__

and **I hereby request an additional** __30__ **days** within which to prepare it. TEX. R. APP. P. 37.3.

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial Court's judgment or order being appealed. I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

__May 6, 2015__
Date

__409-787-2912__
Office Phone Number

Signature *Tanya Walker*

Printed Name *TANYA WALKER*

__sabinedc29@yahoo.com__
E-mail Address (if available)

Official Title   DISTRICT CLERK

Trial Clerk's/Court Reporter's Request for Ext/12[th] CA-CsL/Tyler/12-3-97/Rev.5-3-2001

Trial Clerk's/Court Reporter's Request for Ext/12th CA-CsL/Tyler/12-3-97/Rev.5-3-2001

TEXAS RULE OF APPELLATE PROCEDURE 9.5(e) reads:

*Certificate requirements.* A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service;
(2) the name and addresses of each person served; and
(3) if the person served is a party's attorney, the name of the party represented by that attorney.


The following parties have been served with a copy of this document:
(Information may be either printed or typed.)

Lead Counsel for **APPELLANT(S):**                    Lead Counsel for **APPELLEE(S):**


Name: GREG SMITH                                      Name: JOHN H. SEALE

Address: 100 E. Ferguson, Ste. 500                   Address: P O BOX 480

         Tyler, Texas 75702                                   Jasper, Texas 75951

Phone no.: 903-597-3301                               Phone no.: 409-383-3463

Attorney for: Consolidated Property                  Attorney for: JERRY PAYNE AND PENNY PAYNE
              Interests, LLC

              *May 6, 2015*                                         *May 6, 2015*
         COPY OF Request for Ext.                           COPY OF Request for Ext.
            served by email:                                  served by email:
         gsmith@rameyflock.com                             katiecmorgan@yahoo.com

Lead Counsel for **APPELLANT(S):**                    Lead Counsel for **APPELLEE(S):**

Name:                                                Name:

Address:                                             Address:



Phone no.:                                           Phone no.:

Attorney for:                                        Attorney for:


Additional                    information,                    if                    any: